2:17-MJ-864-PAL

United States Marshals Service
District of Nevada
Prisoner Restraint Request

***CONFIDENTIAL INFORMATION – NOT FOR PUBLIC DISSEMINATION***

FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC – 7 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

| Today's Date: | 12/07/17 |
|---|---|
| Prisoner/USMS#: | WILLIAMS, TERRY #47478-048 |
| D/NV Court Case #: | |
| Charges: | Escape |

| Existing Restraint Order? | N | Judge: | | Date: | |
|---|---|---|---|---|---|

USMS Recommendation: It is the U.S. Marshals' standing recommendation that every defendant be in restraints while in the courtroom. Our specific recommendation regarding this defendant is: ☐ Full  ☒ Legs Only

| USMS Submitted By: | | USMS Approved By: | PALMER |
|---|---|---|---|

## RISK FACTORS

| Violence/Attempts to flee at time of arrest: | | Disruptive Courtroom Behavior: | | Suicidal: | |
|---|---|---|---|---|---|
| Assaults/Attempted assaults while in custody: | | Disruptive Jail Behavior: | | Intoxicated: | |
| Defiant behavior towards jail/judicial authorities: | | Does Not Follow Commands: | | Altered Mental State: | |
| Escape Risk: | X | Threatening Remarks: | | | |

## CRIMINAL HISTORY

| Offense | Arrests | Offense | Arrests | Offense | Arrests |
|---|---|---|---|---|---|
| Homicide/Attempted Homicide: | | Escape: | X | Other (see below): | X |
| Assault/Battery: | X | Resisting/Evading an Officer: | X | Other (see below): | |
| Threats/Intimidation/Extortion: | | Contempt of Court: | | | |

| Additional Information: |
|---|
| ex felon prohibit person poss firearm, battery w/ deadly weapon, Murder (attempted), robbery obstructing peace officer |

Presiding Judge: _[signature]_  Date: 12/07/2017

JUDICIAL DECISION: ☐ Full  ☒ Legs Only  ☐ None

Rev: 09-17