STEVEN W. MYHRE
Acting United States Attorney
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6551 / Fax: 702.388.6418
tony.lopez@usdoj.gov

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-mj-00864-PAL |
| Plaintiff, | UNOPPOSED MOTION TO DISMISS CRIMINAL COMPLAINT |
| vs. | |
| TERRY WILLIAMS, | |
| Defendant. | |

The United States of America, by and through Steven W. Myhre, Acting United States Attorney, and Richard Anthony Lopez, Assistant United States Attorney, hereby files this motion, pursuant to Federal Rule of Criminal Procedure 48(a), for leave to dismiss the Criminal Complaint. The Defendant consents to the relief sought by this motion.

Upon review of the entire record, the Government has determined that, in the best interests of justice, the above-captioned Criminal Complaint charging the Defendant with Escape From Custody in violation of 18 U.S.C. §§ 751(a) and 4082(a) should be dismissed without prejudice. The Defendant is currently in custody serving the remainder of his sentence in United States v. Williams, No. 2:12-cr-466-

1

1 JAD-CWH (D. Nev.), and was also detained pending trial in the above-captioned

2 matter (ECF 11).

3 WHEREFORE, the United States requests that this Court confer its leave, as

4 required under Federal Rule of Criminal Procedure 48(a), and grant this motion to

5 dismiss the Criminal Complaint without prejudice.

6 DATED this 20th day of December, 2017.

Respectfully submitted,
STEVEN W. MYHRE
Acting United States Attorney

/s/ *Richard Anthony Lopez*
RICHARD ANTHONY LOPEZ
Assistant United States Attorney

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that the Government's Motion is GRANTED and the Criminal Complaint is hereby DISMISSED without prejudice.

The Preliminary Hearing set for 4:00 p.m. on December 21, 2017, is hereby VACATED.

HONARABLE PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

Dated: December 22, 2017

# CERTIFICATE OF SERVICE

I, Richard Anthony Lopez, hereby certify that I am an employee of the United States Attorney's Office for the District of Nevada and that on this day I served an electronic copy of the above UNOPPOSED MOTION TO DISMISS CRIMINAL COMPLAINT on Counsel of Record via Electronic Case Filing (ECF).

Dated: December 20, 2017

/s/ *Richard Anthony Lopez*
RICHARD ANTHONY LOPEZ
Assistant United States Attorney